# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

UNITED STATES OF AMERICA

v.

MARILYN FAMBRO

Case No: 8:99-cr-293-T-23EAJ
USM No: 38624-018

Date of Previous Judgment: 8/17/2000

Defendant's Attorney: Tracy Dreispul, afpd

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant (Doc. 126) under 18 U.S.C. § 3582(c)(2) for a reduction of the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.
☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of one hundred thirty-five months **is reduced to ONE HUNDRED TWENTY MONTHS or TIME SERVED PLUS TEN DAYS, WHICHEVER IS GREATER.**

### I. COURT DETERMINATION OF GUIDELINE RANGE (prior to any departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 188 to 235 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure. The reduced sentence is comparably less than the amended guideline range. The mandatory minimum term of imprisonment applicable to count one is one hundred twenty months.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the August 17, 2000, judgment shall remain in effect.

ORDERED in Tampa, Florida, on _____March 25th_____, 2008.

Effective Date: _____
(if different from order date)

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE